FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 24 2022

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | No. 1:20-CR-00005 |
| TINA GILDER (9) | § § § § | JUDGE HEARTFIELD |

## VERDICT OF THE JURY

Count One: As to the offense charged in Count One of the First Superseding Indictment, conspiracy to possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, in violation of 21 U.S.C. §§ 846 and 841(a)(1), we, the Jury, find (check only one):

Tina Gilder       ___✓___       _____

                  (Guilty)      (Not Guilty)

If you have found the defendant, Tina Gilder, guilty of Count One of the First Superseding Indictment, then you must determine the quantity of cocaine attributable to the overall scope of the conspiracy. Indicate below your unanimous finding beyond a reasonable doubt of the quantity of cocaine, if any, applicable to the overall scope of the conspiracy (check the highest box that the Government has proven beyond a reasonable doubt).

Page 20

Cocaine:

☑ 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine.

☐ 500 grams or more of a mixture or substance containing a detectable amount of cocaine.

☐ Less than 500 grams of a mixture or substance containing a detectable amount of cocaine.

If you have found defendant, Tina Gilder, guilty of Count One of the First Superseding Indictment, you must next determine the quantity of cocaine for which she is liable.

Indicate below your unanimous finding beyond a reasonable doubt of the quantity of cocaine, if any, attributable to the defendant, Tina Gilder. The defendant is only accountable for the quantity of cocaine with which she was directly involved, and all quantities of cocaine within the scope of the conspiracy reasonably foreseeable to her (check the highest box that the Government has proven beyond a reasonable doubt).

Cocaine:

☑ 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine.

Page 21

☐ 500 grams or more of a mixture or substance containing a detectable amount of cocaine.

☐ Less than 500 grams of a mixture or substance containing a detectable amount of cocaine.

2/24/22
Date

███████████████
Presiding Juror