AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| UNITED STATES<br>V.<br>TINA GILDER (9) | | **EXHIBIT LIST**<br><br>Case Number: 1:20-CR-00005 | |
| PRESIDING JUDGE<br>Thad Heartfield | PLAINTIFF'S ATTORNEY<br>Michael Anderson | DEFENDANT'S ATTORNEY<br>Laurie Rene Perozzo | |
| TRIAL DATE (S)<br>2/22/22 – 2/24/22 | COURT REPORTER<br>Ruth Weese / April Hargett | COURTROOM DEPUTY<br>Jill Veazey | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1-3 | | | | | Intentionally left blank |
| 4 | | 2/22/22 | X | X | Photo Lineup of Tina Gilder |
| 5 | | 2/22/22 | X | X | Plea and Factual Basis of Fernando Salcido |
| 6 | | 2/22/22 | X | X | Tina Gilder Phone Extraction |
| 7 | | 2/22/22 | X | X | Text from Tina Gilder Phone Extraction |
| 8 | | 2/22/22 | X | X | PowerPoint of Text Messages from Tina Gilder Phone Extraction |
| 9A | | 2/22/22 | X | X | Audio of 346-308-0780 2018-12-09 20-18-58 00966-001 |
| 9B | | 2/22/22 | X | X | Transcript of Audio of 346-308-0780 2018-12-09 20-18-58 00966-001 |
| 9C | | 2/22/22 | X | X | Audio of 346-308-0780 2018-12-10 10-13-20 00983-001 |
| 9D | | 2/22/22 | X | X | Transcript of Audio of 346-308-0780 2018-12-10 10-13-20 00983-001 |
| 9E | | 2/22/22 | X | X | Audio of 346-308-0780 2018-12-10 11-50-57 00984-001 |
| 9F | | 2/22/22 | X | X | Transcript of Audio of 346-308-0780 2018-12-10 11-50-57 00984-001 |
| 9G | | 2/22/22 | X | X | Audio of 346-308-0780 2018-12-10 12-06-54 00987-001 |
| 9H | | 2/22/22 | X | X | Transcript of Audio of 346-308-0780 2018-12-10 12-06-54 00987-001 |
| 10 | | 2/22/22 | X | X | Plea Agreement and Factual Basis for Tomas Calvillo |
| 11A | | 2/22/22 | X | X | Audio of 713-505-6004 2019-07-15 15-12-10 00785-001 |
| 11B | | 2/22/22 | X | X | Transcript for Audio of 713-505-6004 2019-07-15 15-12-10 00785-001 |
| 11C | | 2/22/22 | X | X | Audio of 713-505-6004 2019-07-15 15-42-56 00789-001 |
| 11D | | 2/22/22 | X | X | Transcript for Audio of 713-505-6004 2019-07-15 15-42-56 00789-00 |
| 11E | | 2/22/22 | X | X | Audio of 713-505-6004 2019-07-15 17-44-54 00799-001 |
| 11F | | 2/22/22 | X | X | Transcript for Audio of 713-505-6004 2019-07-15 17-44-54 00799-001 |
| 11G | | 2/22/22 | X | X | Audio of 713-505-6004 2019-07-15 21-51-59 00816-001 |

| | | | | | |
|---|---|---|---|---|---|
| 11H | | 2/22/22 | X | X | Transcript for Audio of 713-505-6004 2019-07-15 21-51-59 00816-001 |
| 11I | | 2/22/22 | X | X | Audio of 713-505-6004 2019-07-15 22-07-14 00817-001 |
| 11J | | 2/22/22 | X | X | Transcript for Audio of 713-505-6004 2019-07-15 22-07-14 00817-001 |
| 12A | | 2/22/22 | X | X | Audio of 713-577-9253 2019-06-07 10-56-28 00064-001.wav |
| 12B | | 2/22/22 | X | X | Transcript for 713-577-9253 2019-06-07 10-56-28 00064-001.wav |
| 12C | | 2/22/22 | X | X | Audio of 713-577-9253 2019-07-01 16-13-04 00997-001.wav |
| 12D | | 2/22/22 | X | X | Transcript for 713-577-9253 2019-07-01 16-13-04 00997-001.wav |
| 12E | | 2/22/22 | X | X | Audio of 713-577-9253 2019-07-01 17-48-19 01007-001.wav |
| 12F | | 2/22/22 | X | X | Transcript for 713-577-9253 2019-07-01 17-48-19 01007-001.wav |
| 13 | | 2/22/22 | X | X | Georgia State Patrol Photos |
| 14 | | 2/22/22 | X | X | Photos- Jeep at Janisch Street |
| 15 | | 2/22/22 | X | X | Stipulation Regarding Admission of Exhibits |
| 16 | | | | | Rental History of Jeremy Broussard |
| 17 | | 2/23/22 | X | X | Drug Organizational Chart |
| 18 | | 2/23/22 | X | X | Tina Gilder's Cell Phone |
| | | | | | |